IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VERBIE ROGERS                                                                                                    PLAINTIFF

v.                                                                      CIVIL ACTION NO. 1:22-cv-00076-SA-DAS

DOLLAR GENERAL CORPORATION, et al.                                                           DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 26, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 26th day of May, 2022.

                                                         /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE