IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**VERBIE ROGERS**                                                                                 **PLAINTIFF**

**V.**                                                            **CAUSE NO: 1:22cv76-DMB-DAS**

**DOLLAR GENERAL CORPORATION**                                    **DEFENDANT**

**AGREED ORDER SUBSTITUTING PARTY**

        By agreement of the parties,

        IT IS, ORDERED, that Dolgencorp, LLC d/b/a Dollar General is hereby substituted as the proper party defendant in this case in place of Dollar General Corporation. Dolgencorp, LLC is hereby substituted in place of Dollar General Corporation in all pleadings, including but not limited to discovery and discovery responses, filed in this case. The Clerk is directed to revise the Docket and case style to reflect this substitution.

        This the 14th day of July, 2022.

                                                                     /s/ David A. Sanders
                                                                     **UNITED STATES MAGISTRATE JUDGE**

**APPROVED FOR ENTRY:**

*/s/ Rebecca A. Keith*
**Rebecca A. Keith** (MSB #101244)
*Attorney for Plaintiff*

*/s/ Christopher J. Latimer*
**Christopher J. Latimer** (MSB #101549)
*Attorney for Defendant*